[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-11403

Non-Argument Calendar

_____

IH6 PROPERTY GEORGIA LP,

Plaintiff-Appellee,

*versus*

SEGUNDO ADAMS,
and all others,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:25-cv-01897-AT

_____

Before ROSENBAUM, GRANT, and ABUDU, Circuit Judges.

PER CURIAM:

Segundo Adams, proceeding *pro se*, appeals from the district court's April 14, 2025, order remanding his case to Georgia state court for lack of subject matter jurisdiction. We lack jurisdiction to review that order. *See* 28 U.S.C. § 1447(c)-(d); *MSP Recovery Claims, Series LLC v. Hanover Ins. Co.*, 995 F.3d 1289, 1294 (11th Cir. 2021) (explaining that remand orders for which our review is barred include those based on lack of subject matter jurisdiction). Additionally, Adams did not remove the case under 28 U.S.C. §§ 1442 or 1443, so no exception applies. *See* 28 U.S.C. § 1447(d); *BP P.L.C. v. Mayor of Balt.*, 141 S. Ct. 1532, 1538 (2021).

Accordingly, this appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-1 through 40-4 and all other applicable rules.